UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPICO BEVERAGES, INC.,

   Plaintiff,

v.                                      CASE NO.: 8:11-cv-2704-T-23MAP

US CO PACK, LLC, et al.,

   Defendants.
                               /

**<u>ORDER</u>**

    Tampico Beverages, Inc., sues US Co Pack, LLC, and two US Co Pack officers for trademark infringement and for unfair competition. Tampico moves for a preliminary injunction, which motion an order refers to Magistrate Judge Pizzo for a report and recommendation. Judge Pizzo recommends denying the motion on the ground that Tampico fails to establish the first prerequisite to a preliminary injunction, a likelihood of success on the merits. Of particular note, Judge Pizzo convincingly explains that Tampico's trademarks and the defendants' "Tan Rico Que Rico!" trademark differ in meaning, differ in presentation (including different coloring and capitalization), and differ in pronunciation (because of the "trill" in Tan Rico's "r").

Tampico submits (Doc. 32) ineffective, and even incompatible, objections.  *See* (Doc. 32 at 7-13) (arguing that the magistrate judge wrongly included "Que Rico!" as a part of the defendants' mark); (Doc. 32 at 18) (arguing that the Tampico marks and the defendant's mark share similar lettering because the Tampico marks and the "Que Rico!" portion of the defendants' mark both appear in capital letters).  Among other defects, Tampico's objections fail to undermine Judge Pizzo's conclusion that the marks share little or no similarity.

Accordingly, Tampico's request (Doc. 33) for oral argument is **DENIED**, the objections (Doc. 32) are **OVERRULED**, Judge Pizzo's report and recommendation (Doc. 31) is **ADOPTED**, and the motion (Doc. 3) for a preliminary injunction is **DENIED**.

ORDERED in Tampa, Florida, on March 20, 2012.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE